**1380 COOK vs. BOARD OF SUPERVISORS (Presque Isle), No. 13952½.**

To compel the audit and payment of a certain claim.

Order to show cause denied January 2, 1894, on the ground that the application should be made to the Circuit Court.

**1381 CHAPIN vs. BOARD OF SUPERVISORS (Macomb), No. 14876½.**

To compel the allowance and payment of a certain claim.

Order to show cause denied April 30, 1895, on the ground that the application should be made to the Circuit Court.

**1382 GARDNER vs. BOARD OF SUPERVISORS (Newaygo), No. 15244½; 3 D. L. N., 323; 67 N. W., 1091.**

To compel the audit of certain claims.

Order to show cause denied November 19, 1895, on the ground that application should be made to the Circuit Court.